## IMPORTANT NOTICE

A continuance granted too near a scheduled sentencing results in waste of resources. Counsel's obligation to the court includes due diligence in seeking a continuance. Except in the most acute circumstances, counsel must seek a continuance, including **every continuance premised on a defendant's cooperation with law enforcement**, within thirty days after service of this order. Every motion for a continuance shall include a statement of the other party's support or opposition to the proposed continuance.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO.: 8:03-cr-127-T-23TBM

JUAN CALDERON
_____/

**ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT**

Pursuant to the United States Magistrate Judge's report and recommendation, to which no timely objection appears, the defendant's plea of guilty to count three of the indictment is **ACCEPTED** and the defendant is adjudged **GUILTY**.

The sentencing will occur on **September 9, 2010, at 8:30 a.m.** in Courtroom 15A of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

ORDERED in Tampa, Florida, on July 12, 2010.

                                                        STEVEN D. MERRYDAY
                                                   UNITED STATES DISTRICT JUDGE

TO:     Counsel of Record
          U.S. Probation Office
          U.S. Marshal Service
          U.S. Pretrial Service
          Interpreter: **YES--Spanish**